Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   COUNTY OF KERN

was received by me on *(date)*          08/10/2012

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served the documents personally to YOLANDA BOMBARDIER-DEPUTY CLERK OF
THE BOARD on 8/13/2012 at 3:10 P.M.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     08/15/2012

_____
*Server's signature*

ROBERT HAMILTON-PROCESS SERVER
*Printed name and title*

3436 Foothill Blvd, #144
Glendale, CA 91214

_____
*Server's address*

Additional information regarding attempted service, etc: