AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __KERN COUNTY SHERIFF'S OFFICER__
was received by me on *(date)* __08/10/2012__ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the documents to PATRICIA AMANO- SST/AUTHORIZED TO ACCEPT SERVICE on 8/13/2012 at 3:45 P.M.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __08/15/2012__

*Server's signature*

__ROBERT HAMILTON-PROCESS SERVER__
*Printed name and title*

3436 Foothill Blvd, #144
Glendale, CA 91214

*Server's address*

Additional information regarding attempted service, etc: