IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEDRANO and RONNIE MEDRANO an individual and as Successor in Interest to decedent RODOLFO MEDRANO,<br><br>        Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICER; COUNTY OF KERN and DOES 1 to 10, inclusive,<br><br>        Defendants. | 1:12-CV-00564 AWI JLT<br><br>ORDER VACATING OCTOBER 15, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. No. 13) |

    Currently pending before this Court is Defendant County of Kern's motion to dismiss, or alternatively for a more definite statement. *See* Court's Docket, Doc. No. 13. This motion is set for hearing on October 15, 2012, at 1:30 p.m. in Courtroom 2. Plaintiffs have filed an opposition, and Defendant has filed a reply. *See id.* Doc. Nos. 14, 15. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. *See* Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 15, 2012, is VACATED, and the parties shall not appear at that time. As of October 15, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 2, 2012

                                        CHIEF UNITED STATES DISTRICT JUDGE