MGDESYAN LAW FIRM
George G. Mgdesyan, Esq. (State Bar No. 225476)
15260 Ventura Blvd., Penthouse 2200
Sherman Oaks, CA 91403
Email: george@attorneys4law.com
Telephone: (818) 386-6777
Facsimile: (818) 754-6778

Attorney for Plaintiffs
JORGE H. MEDRANO and RONNIE MEDRANO

THERESA A. GOLDNER, COUNTY COUNSEL
By: Andrew C. Thomson, Deputy (State Bar No. 149057)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for County of Kern and
Kern County Sheriff's Office

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE H. MEDRANO and RONNIE MEDRANO an individual and as Successor in Interest to decedent RODOLFO MEDRANO,<br><br>    Plaintiffs,<br>  vs.<br><br>KERN COUNTY SHERIFF'S OFFICER; COUNTY OF KERN and DOES 1 to 10, Inclusive<br>    Defendants. | CASE NO. 1:12-CV-00564-AWI-JLT<br><br>JOINT PROPOSED STIPULATION TO CONTINUE THE EXPERT DISCOVERY CUT-OFF FOR TWO WEEKS TO MAY 30, 2014; AND [PROPOSED] ORDER |

**COME NOW** jointly Plaintiffs Ronnie and Jorge Medrano (hereinafter "Plaintiffs"), and Defendant County of Kern, on behalf of itself and its integral agency the Kern County Sheriff's Office (hereinafter collectively "County") (hereinafter Plaintiffs and County are collectively the "Parties") and declare, as follows:

1. The Parties have agreed to mediate this matter on May 14, 2014 before mediator Jeffrey Krivis, of First Mediation, in Encino, California.

2. The Parties are informed and believe that continuing the expert discovery cut-off date to and until May 30, 2014 will increase the possibility of resolving this matter at mediation since:

    a) The Parties would not need to incur additional time, costs and fees for expert discovery prior to mediation: and

    b) The Parties can focus on mediation, and their clients, rather than extensive preparation for numerous expert witness depositions.

3. Plaintiffs have notices the depositions of County's six experts, three (3) retained and three (3) non-retained, for May 15, 2014 and May16, 2014.

4. County's counsel has multiple depositions scheduled for May 15, 2014 in another matter, and will have difficulty moving these previously scheduled depositions.

5. The deposition schedule in this matter is impacted by time constraints since there is a Schedule Conference Order requiring expert discovery to cut-off on May 16, 2014.

    a) The Parties are informed and believe that the six depositions cannot be accommodated with the two day period, even if the other scheduled depositions could be rescheduled;

    b) County is currently attempting to contact the experts regarding scheduling their depositions but has yet to receive information regarding the availability of any expert; and,

    c) Based upon knowledge of the retained experts' busy schedules, County is informed and believes that one or more of the retained and non-retained experts will be unable to attend their deposition on May 15, 2014 or May 16, 2014.

6. The deposition schedule is impeded by location constraints, and County is informed and believes that the six depositions cannot be accommodated with the two day period since:

    a) Two of County's retained experts may be deposed in the Sherman Oaks

area, the location of Plaintiffs' counsel's office;

b) One of County's retained experts has a medical condition which will limit her ability to travel to her deposition and therefore her deposition will need to take place in Manhattan Beach or Orange County; and,

c) The three non-retained experts are not being compensated for time or travel and will need to have their depositions take place in the general Bakersfield area.

7. Considering the location and scheduling issues, and in an effort to facilitate resolution, the Parties believe that there is good cause to order a modification to the Schedule Conference Order to allow for the expert discovery cut-off date to be continued for two (2) weeks, from May 16, 2014, to and until May 30 2014.

8. In an effort to ensure that the matter remains on schedule for the current trial date of December 2, 2014, the Parties are informed and believe that the proposed two (2) week continuance of the May 16, 2014 expert discovery cut-off with not impinge on, or require the continuance of, any other present calendar deadline as set forth in the Scheduling conference Order.

**THEREFORE** the Parties stipulate to jointly request that the Court modify the Scheduling Conference Order to continue and extend the Expert Discovery cut-off date for two (2) weeks, from May 16, 2014, to and until May 30 2014.

Dated: April 24, 2014                                MGDESYAN LAW FIRM

                                                     BY:   /s/ George G. Mgdesyan, Esq.
                                                           George G. Mgdesyan, Esq.
                                                           Mary Terterov, Esq.
                                                           Attorneys for Plaintiffs, Jorge Medrano
                                                           and Ronnie Medrano

Dated: April 24, 2014                                KERN COUNTY COUNSEL'S OFFICE

                                                     BY:   /s/ Andrew C. Thomson
                                                           Andrew C. Thomson
                                                           Deputy County Counsel
                                                           Attorney for Defendants, Kern County
                                                           Sheriff's Office and County Of Kern

3

**JOINT PROPOSED STIPULATION TO CONTINUE THE EXPERT DISCOVERY CUT-OFF FOR TWO WEEKS TO MAY 30, 2014**

**ORDER**

Based upon the stipulation of counsel; the Court **ORDERS**:

1. The stipulation is **GRANTED**. All expert discovery SHALL be completed no later than May 30 2014. No other modifications to the scheduling order are authorized.

IT IS SO ORDERED.

Dated:   **April 28, 2014**                         **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE