# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MEDRANO, et al., <br><br>Plaintiffs, <br><br>v. <br><br>KERN COUNTY SHERIFF'S OFFICER, et al., <br><br>Defendants. | Case No.: 1:12-cv-00564 JLT <br><br>ORDER GRANTING STIPULATION TO DISMISS <br><br>(Doc. 47) |

Based upon the stipulation of the parties, the Court **GRANTS** the stipulation and **ORDERS** the matter **DISMISSED** based upon the terms of the parties' Release and Settlement Agreement.

IT IS SO ORDERED.

Dated: **May 19, 2014**    /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE